A CERTIFIED TRUE COPY
FEB 23 2001
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 FEB 28 AM 9:52
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FEB - 7 2001
FILED
CLERK'S OFFICE

*DOCKET NO. 1355*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE PROPULSID PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-9)*

On August 7, 2000, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 45 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 7, 2000, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
FEB 23 2001
CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
MAR - 2 2001
Eastern District of Louisiana
New Orleans, LA

FILED MAR 8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

___ Fee
___ Process
X Dktd
✓ CtRmDep
Doc.No. ___

2

# SCHEDULE CTO-9 TAG ALONG CASES
## DOCKET NO. 1355
## IN RE PROPULSID PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV | CIVIL ACTION# | | EASTERN DISTRICT LOUISIANA CASE NUMBER |
|---|---|---|---|---|
| CALIFORNIA CENTRAL | | | | |
| CAC | 8 | 00-992 | Solis v. Janssen Pharmaceutica, et al. | 01-502 L (3) |
| GEORGIA NORTHERN | | | | |
| GAN | 1 | 00-3444 | Ivey, et al. v. Johnson & Johnson Co., et al. | 01-503 L (3) |
| ILLINOIS SOUTHERN | | | | |
| ~~ILS~~ | ~~3~~ | ~~01-54~~ | ~~Long v. Johnson & Johnson Co., et al.~~ Opp. 2/22/01 | |
| LOUISIANA MIDDLE | | | | |
| LAM | 3 | 00-932 | Sessions v. Johnson & Johnson, et al. | 01-504 L (3) |
| LOUISIANA WESTERN | | | | |
| LAW | 6 | 00-2383 | Richard, et al. v. Johnson & Johnson Co., et al. | 01-505 L (3) |
| MINNESOTA | | | | |
| MN | 0 | 01-30 | Baust v. Johnson & Johnson Co., et al. | 01-506 L (3) |
| MISSOURI WESTERN | | | | |
| MOW | 4 | 00-1080 | Trindle, et al. v. Janssen Pharmaceutica, et al. | 01-507 L (3) |
| NEW YORK EASTERN | | | | |
| NYE | 1 | 00-6077 | Schell v. Johnson & Johnson Co., et al. | 01-508 L (3) |
| NYE | 2 | 00-6817 | Link v. Janssen Pharmaceutica | 01-509 L (3) |
| PENNSYLVANIA EASTERN | | | | |
| PAE | 2 | 00-6411 | Denney v. Johnson & Johnson Co., et al. | 01-510 L (3) |
| TENNESSEE WESTERN | | | | |
| TNW | 1 | 01-1025 | Watford, et al. v. Johnson & Johnson Corp., et al. | 01-511 L (3) |
| TNW | 1 | 01-1026 | Sain, et al. v. Johnson & Johnson Corp., et al. | 01-512 L (3) |
| TNW | 1 | 01-1027 | Hill, et al. v. Johnson & Johnson Corp., et al. | 01-513 L (3) |
| TNW | 1 | 01-1028 | McLemore v. Johnson & Johnson Corp., et al. | 01-514 L (3) |