UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil Action No. 01-30 JMR/RLE

MARIE J. BAUST, individually and on behalf of all others similarly situated,

Plaintiff,

v.

JOHNSON & JOHNSON and JANSSEN PHARMACEUTICA, INC.,

Defendants.

**STIPULATION AND ORDER OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendant Johnson & Johnson to answer or otherwise plead in response to the Complaint in the above-entitled action is hereby extended until the Conditional Transfer Order to MDL-1355 becomes final and until the responsive pleading deadline is established by the MDL court as directed under the MDL Pretrial Order No. 1. This Stipulation and Order is without prejudice to further negotiations and/or further applications to the Court regarding an additional extension of time to answer or otherwise plead in response to the Complaint.

MAR 12 2001

(3)

AEA

**CHARLES H. JOHNSON & ASSOC., P.A.**

Charles H. Johnson (#50696)
Neil A. Eisenbraun (#14860X)
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone: (651) 633-5685

LOCKRIDGE GRINDAL, NAUEN, P.L.L.P.
Richard A. Lockridge (#64117)
Hugh Plunkett, III (#87282)
Robert K. Shelquist (#21310X)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179
(612) 339-2179

**Attorneys for Plaintiff**

**FAEGRE & BENSON LLP**

Joseph M. Price, ## 88201
Sonia Miller-Van Oort, #278087
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 336-3000
**Attorneys for Defendant**

SO ORDERED:

Raymond L. Erickson
United States Magistrate Judge

Dated: March 12, 2001

M2.20371712.01